# JURISDICTIONAL QUESTION

Please address whether Yvonne Caldwell and Ana Armbrister Bland have standing to appeal. *See Wolff v. Cash 4 Titles*, 351 F.3d 1348, 1353-54 (11th Cir. 2003) (explaining that litigants must establish their standing to appeal and that only a litigant aggrieved by an order may appeal); *Mickles on behalf of herself v. Country Club, Inc.*, 887 F.3d 1270, 1278 (11th Cir. 2018) (providing that, in general, only parties to a lawsuit, or those that properly become parties, have standing to appeal an adverse judgment).